UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                )
                                      )
**OGOREK, MARCIN**                    )   Bankruptcy Case No. 17-82604 TML
                                      )   Chapter 7
                                      )
Debtor(s).                            )

## CERTIFICATE OF SERVICE

    The undersigned certifies that on February 14, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    OGOREK, MARCIN
    1931 OZARK PARKWAY
    ALGONQUIN, IL 60102

    MICHAEL J WORWAG
    LAW OFFICES OF MICHAEL J WORWA
    2500 E. DEVON AVE #300
    DES PLAINES, IL 60018
    *(Via ECF Electronic Transmission)*

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

Landmark Credit Union
Po Box 51070
New Berlin, WI 53151

Bank Of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Santander Bank, N.A.
Attn: Annemarie Brusseler, VP
3 Huntington Quadrangle, Ste. 101N
Melville, NY 11747

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 9210
Des Moines, IA 50306

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Midland Funding, LLC
Midland Credit Management, Inc.
PO Box 2011
Warren, MI 48090

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

LoanMe, Inc.
C/O WEINSTEIN & RILEY, PS
PO BOX 3978
SEATTLE, WA 98124-3978

Comenity Capital Bank/Paypal Credit
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
815) 962-6611
sbalsley@bslbv.com